IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-34109 |
| | § | |
| KTP BUILDERS, INC., | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |
| | § | |

NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE THAT the hearing on KTP Builder, Inc.'s Objection to Proof of Claim No. 23 (Doc No. 140) and Alta Construction Management, LLC's Motion to Deem Late Filed Proof of Claim Timely (Doc No. 181) has been continued from November 15, 2016 at 10:00 a.m. to January 17, 2017 at 11:00 a.m. and shall be held in the courtroom of the Honorable Judge Karen Brown, at the United States Courthouse located at 515 Rusk, 4th Floor, Courtroom 403, Houston, Texas 77002.

Respectfully agreed to and submitted this 15h day of November, 2016.

*/s/ Deborah L. Crain*
Deborah L. Crain
State Bar No.: 24067319
Southern District of Texas Bar No.: 1114252
Email: deborah@deborahcrainlaw.com
10707 Corporate Drive, Suite 100
Stafford, Texas 77477
Telephone: (281) 565-5777
Telecopier: (281) 565-6222
**ATTORNEY FOR KTP BUILDERS, INC.**

# CERTIFICATE OF SERVICE

The undersigned certifies that, on November 14, 2016, the foregoing Notice of Continued Hearing on KTP Builders, Inc.'s Objection to Proof of Claim No. 23 and Alta Construction Management, LLC's Motion to Deem Late Filed Proof of Claim Timely, was served electronically via ECF on all parties receiving electronic service in this Bankruptcy Case and/or on the following list of parties by United States regular mail, postage prepaid, and/or electronic mail, <u>except for those parties listed where prior service mailings have been returned due to insufficient delivery address.</u>

*/s/ Deborah L. Crain*
Deborah L. Crain

## PARTIES WITH COUNSEL

- **KTP BUILDERS, INC.** | C. Michael Black | Attorney at Law
  One Sugar Creek Center Blvd, Suite 1080, Sugar Land, TX 77478

- **CARLETON CONSTRUCTION, LTD.** | Sean B. Davis | Winstead PC
  1100 JP Morgan Chase Tower, 600 Travis Street, Houston, TX 77002

- **FORT BEND COUNTY** | John P. Dillman | Linebarger Goggan Blair & Sampson
  4828 Loop Central Drive, Suite 600, Houston, TX 77081

- **US TRUSTEE** | Ellen Marsh Hickman | Office of the US Trustee
  515 Rusk Street, Suite 3516, Houston, TX 77002

- **H&E EQUIPMENT SERVICES, LLC** | Heather H. Jobe | BELL NUNNALLY & MARTIN, LLP
  3232 McKinney Avenue, Suite 1400, Dallas, TX 75204-7422

- **LOWELL T. CAGE |** Sean Thomas Wilson | Cage Hill & Niehaus, LLP
  5851 San Felipe, Suite 950, Houston, TX 77057

- **GALAXY BUILDERS, LTD. |** Tal DeBauche | Ware Jackson Lee O'Neill Smith & Barrow, LLP
  America Tower, 39th Floor, 2929 Allen Parkway, Houston, TX 77019

- **MBA GENERAL CONTRACTING, LLC a/k/a MBA CONSTRUCTION CO.** | Misty A. Segura | Craig E. Power | Cokinos, Bosien & Young
  Four Houston Center, 1221 Lamar Street, Sixteenth Floor, Houston, Texas 77010

- **TEXAS WORKFORCE COMMISSION** | Kimberly A. Walsh | Office of the Attorney General
  P.O. Box 12548, Austin, Texas 78711

- **GS HOUSING CONSTRUCTION, LP** | Frances Anne Smith | Shackelford Bowen McKinley & Norton
  9201 N Central Expressway, Fourth Floor, Dallas, Texas 75231

- **ROCHE CONSTRUCTORS, INC.** | Michael J. Decker | Murphy & Decker, PC
  4725 South Monaco, Suite 110, Denver, CO 80237-3580

- **LAW OFFICES OF ROBERT A. WEINBERGER** | Victor Sahn | SulmeyerKupetz
  333 South Hope St., 35th Floor, Los Angeles, CA 90071-1406

- **ALTA CONSTRUCTION MANAGEMENT, LLC** | Lydia R. Webb, Michael W. Bishop | Gray Reed & McGraw P.C
  1601 Elm St., Suite 4600, Dallas, TX 75201-7212

## CREDITORS SERVED VIA US FIRST CLASS MAIL

Fort Bend County
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

H&E Equipment Services, LLC
c/o Ms. Heather H. Jobe, Esq., Bell Nunnally & Martin, LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204-7422

HD Supply White Cap
c/o Totz Ellison & Totz, PC
2211 Norfolk Ste. 510
Houston, TX 77098-4048

Texas Workforce Commission
c/o Mr. Jose L. Ramirez
2011 Santiago
San Antonio, TX 78207-6438

Autumn Park Apartments
c/o Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614-2415

Department of Labor – OSHA
c/o Performant Recovery Inc.
P.O. Box 9054
Pleasanton, CA 94566-9054

Texas Workforce Commission
c/o Mr. Daiel Pena Jr.
2813 Hulbirt Street
Corpus Christi, TX 78407-2601

Mr. Jesus Moreno
30918 Hiltop Lane
Magnolia, TX 77354-1934

Texas Workforce Commission
c/o Mr. Ramiro Soliz
321 E. Hoffman, Avenue
Kingsville, TX 78363-6229

Momentum Rental and Sales
c/o The Chau Law Firm, PC
1012 First Street
Palacios, TX 77465-4408

American Contractors Indemnity Co.
Suzanne Baciocco – ACIC
601 S. Figueroa St., Suite #1600
Los Angeles, CA 90017-5721

American Contractors Indemnity Co.
c/o Lanak & Hanna, P.C.
625 The City Drive South, Suite 190, Orange, CA 92868

Mr. Gabriel Padron Hernandez
1107 Quail Valley
Georgetown, TX 78626-8600

Hertz Equipment Rentals
1501 N. Plano Road, Suite 100
Richardson, TX 75081-2430

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346

National Construction Rentals
15319 Chatsworth Street
Mission Hills, CA 91345

National Construction Rental
P. O. Box 4506
Pacoima, CA 91333-4503

Texas Workforce Commission
Regulatory Integrity Division – SAU
101 E. 15th Street, Room 556
Austin, TX 78778-0001

United Rentals
Attn: Mr. David Hoffman
6125 Lakeview Road, Suite 300
Charlotte, NC 28269-2616

Augustin Ramirez
8044 Meadowbrook Drive
Houston, TX 77017-5218

Eastwood & Company, L.P.
P. O. Box 41780
Houston, TX 77241-1780

Fort Bend Independent School District
1317 Eugene Heimann Circle
Richmond, TX 77469-3623

Anytime Fuel Pros, LLC
2210 Sable Path
San Antonio, TX 78259

Comerica Commercial Lending
P.O. Box 641618
Detroit, MI 48264-1618

Department of Labor – OSHA
Pioneer credit Recovery
26 Edward St.
Arcade, NY 14009-1012

Mr. Julio C. Fuenes
8626 Silver Lure
Humble, TX 77346-8149

KRB Construction Inc.
P. O. Box 2446
Stafford, TX 77497-2446

Christian Robles
7775 103 Ct.
Vero Beach, FL 32967-3657

Pro Line Rentals
4103 Ben Ficklin Road
San Angelo, TX 76903-9442

Marlin Business Bank
Attn: Bankruptcy Dept.
300 Fellowship Road
Mount Laurel, NJ 08504-1201

Midland Memorial Hospital
c/o Nationwide Recovery Systems, Ltd.
4635 McEwen Road
Dallas, TX 75244-5308

Momentum Rental and Sales
c/o The Chau Law Firm, PC
1012 First Street
Palacios, TX 77465-4408

Mr. Paul Cook
906 Decker Forest
Magnolia, TX 77354-2943

Mr. Rigoberto Torres
9517 Musgrave Drive
Dallas, TX 75217-2620

A-1 Check Cashing #12
6605 S. Gessner Drive
Houston, TX 77036-2610

Apollo Office Systems
407 S. 2nd Street
Alvin, TX 77511-2708

Department of Labor – OSHA
c/o CBE Group
P.O. Box 2040
Waterloo, IA 50704-2040

Brown Construction, Inc.
c/o Gordon & Rees
275 Battery Street – 20th Floor
San Francisco, CA 94111-3367

SunCoast Resources
c/o Altus Global Trade Solutions
2400 Veterans Boulevard, Suite 300
Kenner, LA 70062

Tejas Equipment
c/o Greenberg, Grant & Richards, Inc.
5858 Westheimer Road, Suite 500
Houston, TX 77057-5645

Texas Comptroller of Public Accounts
Revenue Accounting Division
P.O. Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
12455 Beechnut
Houston, TX 77072-3948

Texas Workforce Commission
c/o Mr. Jose J. Guzman
1024 Francine Street
El Paso, TX 79907-2206

Mr. Tim Henderson, Esq.
6300 West Loop South, Suite 280
Bellaire, TX 77401-2903

Western Eagle Security
11201 Richmond Avenue, Suite A108
Houston, TX 77082-6653

Eric Gallegos
4145 Travis Street, Suite 201
Dallas, TX 75204-1832

| | | |
|---|---|---|
| American Fence Co.<br>Corporate Collections International<br>P.O. Box 2882<br>Scottsdale, AZ 85252-2882 | Creditors Adjustment Bureau, Inc.<br>c/o Law Offices of Kenneth J. Freed<br>P.O. Box 5914<br>Sherman Oaks, CA 91413-5914 | Ahern Rentals, Inc.<br>1401 Mineral Ave.<br>Las Vegas, NV 89106-4342 |

## CREDITORS SERVED VIA E-MAIL

Sherry Watson | SOUTHERN FASTENING SYSTEMS, INC.
650 Sanden Blvd
Wylie, TX 75098
shwatson@sfs-in.com

Tal DeBauche | WARE JACKSON LEE O'NEILL SMITH & BARROW
America Tower, 39th Floor
2929 Allen Parkway
Houston, TX 77019
taldebauche@warejackson.com
almabrown@warjackson.com

Lydia R. Webb, Micheal W. Bishop | GRAY REED & MCGRAW PC
1601 Elm St., Suite 4600
Dallas, TX 75201-7212
lwebb@grayreed.com
mbishop@grayreed.com

Sean B. Davis | WINSTEAD PC
1100 JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002
sbdavis@winstead.com
jhebert@winstead.com
ksherwin@winstead.com
ahight@winstead.com

Misty A. Segura, Craig E. Power | COKINOS, BOSIEN & YOUNG
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, Texas 77010
msegura@cbylaw.com
cpower@cbylaw.com
mfitzwater@cbylaw.com

Frances Anne Smith | SHACKELFORD BOWEN MCKINLEY & NORTON, LLP
9201 N Central Expressway, 4th Floor
Dallas, Texas 75231
fsmith@shackelfordlaw.net
mcoulombe@shackelfordlaw.net

Michael J. Decker | MURPHY & DECKER, PC
4725 South Monaco, Suite 110
Denver, CO 80237-3580
mdecker@murphydecker.com

Ellen Marsh Hickman | OFFICE OF THE US TRUSTEE
515 Rusk Street, Suite 3516
Houston, Texas 77002
ellen.hickman@usdoj.gov

Kimberly A. Walsh | OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711
bk-kwalsh@texasattorneygeneral.gov
sherri.simpson@texasattorneygeneral.gov

Ms. Jessica R. Powell Anders | TEXAS TOOL TRADERS
523 North Main
Schulenburg, TX 78956-1563
jrpanders@gmail.com

Sean Thomas Wilson | LOWELL T. CAGE, CAGE HILL & NIEHAUS, LLP
5851 San Felipe, Suite 950
Houston, TX 77057
seanwilson@cagehill.com

W. Steven Bryant | STEVEN WILLIAM GOLDEN, LOCKE LORD, LLC
600 Travis Street, Suite 2800
Houston, Texas 77002
sbryant@lockelord.com
steven.golden@lockelord.com

Mr. C. Michael Black | KTP BUILDERS, INC.
One Sugar Creek Center Blvd, Suite 1080
Sugar Land, TX 77458-3557
cmb@cmblack-lawyer.com

Victor Sahn | ROBERT A. WEINBERGER
333 South Hope St., 35th Floor
Los Angeles, CA 90071-1406
vsahn@sulmeyerlaw.com

SUNSTATE EQUIPMENT
P. O. Box 52581
Phoenix, TX 85072-2581
ekling@sunstateequip.com

MR. ROBERT F. KEMP, ESQ.
4145 Travis Street, Suite 201
Dallas, TX 75204-1832
kathygivens@lawyerkemp.com

LORI B. FELDMAN, ESQ.
165 N. Redwood Dr, Suite 110
San Rafael, CA 94903-1962
lbfeldmanlaw@aol.com

Stephen Douglas Statham
Office of US Trustee
515 Rusk, Suite 3516
Houston, TX 77002
Stephen.statham@usdoj.gov

## CREDITOR'S PREVIOUS MAILING ADDRESS RETURNED UNDELIVERABLE/UNABLE TO FORWARD

Diaz Construction
6406 Jefferson
Houston, TX 77023-3320

ABC Imaging of Washington, Inc.
155 21st Street NW, Suite M400
Washington, DC 20036-3336

Felipe Estaban Marban
8323 Cinnamon Lane
Houston, TX 78402

Crosswinds Apartments
1911 Wyoming Blvd., NE
Albuquerque, NM 87112-2865

Mr. Martin Gallegos (Arnold)
15815 Kildeer Court
Humble, TX 77396-3835

Eric Gallegos
4434 Chapparel
Corpus, Christi, TX 78402

Mr. Rodolfo Barrera
621 Agua De Mar
El Paso, TX 79928-912

Everado Diaz
6406 Jefferson
Houston, TX 77023-3320

Fernando Diaz
6406 Jefferson
Houston, TX 77023-3320

Mr. Vicente Rangel
3737 Hillcroft Street
Houston, TX 77057