B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  KTP Builders, Inc.  ,                     Case No.  15-34109
                 *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December, 2016                          Date filed: _____

Line of Business: _____              NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

Ken Dowds
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | | X |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | | X |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | X | |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | X | |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | X | |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 30,900.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 2324.10
Cash on Hand at End of Month   $ 2858.42

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 2858.42

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 30,365.68

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 30,900.00
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 30,365.68

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 534.32

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 140,000.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 109,750.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   6

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 18,121.46

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 54,498.83

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 5,344.22

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 162,862.10

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 30,000.00 | $ 30,900.00 | $ 900.00 |
| EXPENSES | $ 30,000.00 | $ 30,365.68 | $ 365.68 |
| CASH PROFIT | $ 0.00 | $ 534.32 | $ 534.32 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 30,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 30,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 0.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

## KTP Builders Inc.
Exhibit D - Unpaid Bills KTP (New work)
12/31/2016

**Payables:**

| | |
|---|---:|
| Legal Fees (Estimated 2,500 + 2,500) | $ 5,000.00 |
| Employees  (135,000) | $ 135,000.00 |
| Expenses | $ - |
| | |
| Total Payables: | $ 140,000.00 |

# KTP Builders Inc.
## Exhibit E - Monies owed KTP (New work)
### 12/31/2016

**Receivables:**

| | |
|---|---:|
| Waters at Willow Run - Galaxy | $ 30,000.00 |
| Legacy/Cosmopolitan - Realtex | $ 40,000.00 |
| Bonita Creek | $ 39,750.00 |
| | |
| Total Receivable: | $ 109,750.00 |

## KTP Builders Inc.
Balance Sheet
12/31/2016

| **Assets** | | 11/30/2016 | | 12/31/2016 | | Difference |
|---|---|---:|---|---:|---|---:|
| Bank Balance | $ | 2,324.10 | $ | 2,808.42 | $ | 484.32 |
| Long Term - Accounts Receivable ( Pre Filing) | $ | 236,466.00 | $ | 236,466.00 | $ | - |
| Accounts Receivable - Post Filing (Current Jobs) | $ | 139,750.00 | $ | 109,750.00 | $ | (30,000.00) |
| | $ | 378,540.10 | $ | 349,024.42 | $ | (29,515.68) |

| **Liabilities** | | 11/30/2016 | | 12/31/2016 | | Difference |
|---|---|---:|---|---:|---|---:|
| Long Term - Accounts Payable Secured | $ | 11,695.80 | $ | 11,695.80 | $ | - |
| Long Term - Accounts Payable Unsecured Priority | | $37,427.00 | | $37,427.00 | $ | - |
| Long Term - Accounts Payable Unsecured Non - Priority | $ | 519,994.59 | $ | 519,994.59 | $ | - |
| Short Term - Loans (K/R Douds) | $ | - | $ | - | $ | - |
| Accounts Payable - Post Filing (Current Jobs) | $ | 156,570.28 | $ | 140,000.00 | $ | (16,570.28) |
| | | $725,687.67 | | $709,117.39 | | ($16,570.28) |

## KTP Builders Inc.
Income Statement
12/31/2016

**Revenue**

$ 30,900.00

Total Revenue                              $ 30,900.00

**Expenses**
Office Expenses/Contractors                $ 6,900.00
Attorney Fees/Legal                        $ 23,465.68

Total Expense                              $ 30,365.68

**Net Profit:**                            $ 534.32

**Frost**

P.O. Box 1315 Houston, Texas 77251  Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
12-30-2016

093659

KTP BUILDERS INC
DEBTOR IN POSSESSION CASE NO 15 34109
OPERATING ACCOUNT
10707 CORPORATE DR STE 118
STAFFORD TX  77477

2      Page 1 of 3

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

### FROST BUSINESS CHECKING : ACCOUNT NO. 67 1253344

| BALANCE LAST STATEMENT | DEPOSITS NO. | AMOUNT | WITHDRAWALS NO. | AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 2,324.10 | 2 | 9,329.72 | 4 | 8,802.40 | 2,851.42 |

Activity Items Processed   8            Cash Processed   $0.00

---------- DEPOSITS/CREDITS ----------

| DATE | TRANSACTION | AMOUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|
| 12-01 | TELLER DEPOSIT | 8,429.72 | 12-20 | TELLER DEPOSIT | 900.00 |

---------- CHECKS PAID ----------

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12-05 | 1558 # | 4,500.00 | 12-27 | 1560 # | 1,895.40 | 12-29 | 1561 # | 1,200.00 |
| 12-06 | 1559 # | 1,200.00 | | | | | | |

# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

---------- OTHER WITHDRAWALS/DEBITS ----------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 12-06 | .00 | INTERNET STMT COPY REQ | |
| 12-31 | 7.00 | SERVICE CHARGE/FEE | MONTHLY SERVICE CHARGE |

---------- DAILY BALANCE ----------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11-30 | 2,324.10 | 12-06 | 5,053.82 | 12-29 | 2,858.42 |
| 12-01 | 10,753.82 | 12-20 | 5,953.82 | 12-30 | 2,851.42 |
| 12-05 | 6,253.82 | 12-27 | 4,058.42 | | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Agreement and Other Disclosures.

**Frost**
P.O. Box 1315 Houston, Texas 77251  Member FDIC

FOR INFORMATION CALL
713-388-7800 OR 1-800-513-7678

STATEMENT ISSUED
12-30-2016

Page 1 of 2

093656

KTP BUILDERS INC
DEBTOR IN POSSESION CASE NO 15 34109
TAX ACCOUNT
10707 CORPORATE DR STE 118
STAFFORD TX  77477

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

**FROST BUSINESS CHECKING : ACCOUNT NO. 67 1253271**

| | DEPOSITS | | WITHDRAWALS | | |
|---|---|---|---|---|---|
| BALANCE LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BALANCE THIS STATEMENT |
| 24.93 | 0 | .00 | 0 | 7.00 | 17.93 |

Activity Items Processed        0            Cash Processed        $0.00

------- OTHER WITHDRAWALS/DEBITS -------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 12-06 | .00 | INTERNET STMT COPY REQ | |
| 12-31 | 7.00 | SERVICE CHARGE/FEE | MONTHLY SERVICE CHARGE |

------- DAILY BALANCE -------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11-30 | 24.93 | 12-06 | 24.93 | 12-30 | 17.93 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Agreement and Other Disclosures.