IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: KTP Builders, Inc. | Case No. 15-34109 |
| A Texas corporation, | |
| Debtor | Chapter 7 Proceeding |

**MOTION TO WITHDRAW**

TO:   Hon. Karen K. Brown, United States Bankruptcy Judge

In support of this Motion to Withdraw, C. Michael Black ("Movant") will show the following:

1.   The Debtor KTP Builders, Inc. originally filed its Chapter 11 proceeding on August 3, 2015.

2.   On January 17, 2017, this Court granted the Debtor's Motion to Convert to Chapter 7, and Mr. Ron Sommers was appointed as the Chapter 7 Trustee.

3.   Pursuant to notice, Mr. Sommers convened and conducted the 341(a) meeting of creditors on February 15, 2017. During the 341 meeting, testimony was provided by two officers of the Debtor, Kenlee Douds and Robert Douds, who appeared as the corporate representatives of the Debtor.

4.   As a result of the testimony provided by one of the corporate representative, a conflict of interest has been created that prevents the Movant from continuing to represent the Debtor. Further information may be provided if the Court deems it necessary.

5.   Wherefore, Movant C. Michael Black asks that he be allowed to withdraw from the representation of the Debtor.

Respectfully Submitted,

*/s/ C. Michael Black*

Dated: February 15, 2017

_____

C. Michael Black, Attorney for
     KTP Builders, Inc., a Texas corporation

One Sugar Creek Blvd., Suite 1080
Sugar Land, Texas 77478
713.522.5999 - Voice
713.522.2925 - Telecopier
SBT # 02369000
*email: cmb@cmblack-lawyer.com*